UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | Tracey Lee |
| U.S. Magistrate Judge | Deputy Clerk |
| | |
| Case Number:06-cr-00340-WYD | FTR MEH AM |
| Date: November 8, 2006 | |
| | |
| UNITED STATES OF AMERICA | Joseph Allen |
| v. | |
| Joseph Rael | Susan Fisch |

**ARRAIGNMENT, DISCOVERY AND HEARING ON MOTION TO QUASH SUBPOENA DUCES TECUM**

Court in Session: 10:08am

Court calls case and appearance of counsel.

Defendant appears on bond.

Katie Derby is present from pre-trial services.

Defendant waives further reading and advisement on the indictment.

Defendant enters a plea of NOT GUILTY.

Court accepts plea.  Discovery order tendered to the court.

Speedy trial:
30 days:11/11/06
70 days: 12/29/06
90 days: not applicable

Counsel to chambers for further court dates.

Jack Wesoky appears from the City of Denver for the issue of the subpoena duces tecum.

Defense addresses the court regarding the motion.

Mr. Wesoky responds.

**ORDERED:** The court will take the motion [18] under advisement.

**ORDERED:** The defense will file a status report in regard to the issue of the records requested in relation to the subpoena duces tecum for the court to review

**ORDERED:** Defendant's bond continues.

Court in recess: 10:25am           Total Time: 13  minutes

Hearing concluded.